In the Matter of the Estate of R. Roy Durham, Also Known as Robert Roy Durham, Deceased.— Motion for a reargument granted. [See 255 App. Div. 941.] Respondents granted two days to serve a brief after the service of a copy of the order upon them. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Proceeding, under the Grade Crossing Elimination Act, for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by The New York Central Railroad Company and Cedar St., etc., in the City of Batavia, Genesee County. Case No. 5936. Also Cases Nos. 6500, 7685 and 7686.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted. [See *Matter of City of Batavia Grade Crossings, ante*, p. 6.] Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

In the Matter of Judson B. Glen, an Attorney and Counselor at Law.— Order entered upon resignation striking name of attorney from Roll of Attorneys and Counselors at Law. Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

James H. Johnson, Appellant, v. Rochester Savings Bank, Respondent. James H. Johnson, Appellant, v. Metropolitan Casualty Insurance Co. of New York, Respondent.— Permission to prosecute the appeals as a poor person denied upon the ground that appellant does not show he is a poor person as defined by rule 35 of the Rules of Civil Practice and further does not show that he has a meritorious cause of action. Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.